SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ELLEN M. BRONCHETTI, Cal. Bar No. 226975
ebronchetti@sheppardmullin.com
BABAK YOUSEFZADEH, Cal. Bar No. 235974
byousefzadeh@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:  415-434-9100
Facsimile:   415-434-3947

Attorneys for Defendant
KNIGHT TRANSPORTATION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON CLAYTON, individually and on behalf of all others similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> KNIGHT TRANSPORTATION, INC. and DOES 1 through 100, inclusive, <br><br> Defendant. | Case No. 1:11-CV-00735-LJO-DLB <br><br> **ORDER ON STIPULATION TO EXTEND DEADLINES TO COMPLETE PRE-CERTIFICATION DISCOVERY AND MOTION FOR CLASS CERTIFICATION** <br><br> Judge:    The Hon. Dennis L. Beck <br> Courtroom #9 |

## ORDER

Pursuant to the stipulation of Plaintiff Don Clayton ("Plaintiff") and Defendant Knight Transportation, Inc. ("Defendant") (collectively the "Parties") to extend the deadlines to complete pre-certification discovery and Plaintiff's Motion for Class Certification by three (3) weeks:

The Parties' Stipulation is hereby APPROVED, and the Parties' request to modify the Scheduling Order re: Class Certification is GRANTED.  The Scheduling Order re: Class Certification is modified as follows:

1     (a) the deadline to complete pre-certification discovery is extended to March 7, 2012;

    (b) the deadline to file plaintiff's Motion for Class Certification is extended to April 20, 2012; and

    (c) the deadline to hear plaintiff's Motion for Class Certification is extended to June 5, 2012.

IT IS SO ORDERED.

Dated: **January 30, 2012**      /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE