IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON CLAYTON, ) | 1:11cv0735 LJO DLB |
| ) | |
| Plaintiff, ) | ORDER DENYING REQUEST TO STRIKE |
| ) | |
| vs. ) | (Document 30) |
| ) | |
| KNIGHT TRANSPORTATION, INC., ) | |
| ) | |
| Defendant. ) | |

Plaintiff Don Clayton ("Plaintiff") filed a motion to certify the class on April 20, 2012. The matter was originally set before the Honorable Lawrence J. O'Neill, United States District Court Judge. The matter was reset before the Honorable Dennis L. Beck, United States Magistrate Judge on April 24, 2012. The hearing is currently set for June 15, 2012.

On June 4, 2012, Plaintiff filed a request to strike Defendant's June 1, 2012, opposition to the motion as oversized. In support, Plaintiff cites Judge O'Neill's Standing Order, which prohibits briefs exceeding 25 pages without Court permission.

Defendant filed a reply to the request to strike on June 4, 2012, correctly pointing out that Judge O'Neill's Standing Order is no longer applicable because the motion was reset before Judge Beck. Judge Beck has no such limitations, though the Court is aware that a longer brief is not

1

1  necessarily a superior brief.
2      Accordingly, the request to strike is DENIED.
3      IT IS SO ORDERED.
4      **Dated:   June 8, 2012**          **/s/ Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE