CRAIG J. ACKERMANN (Bar No. 229832)
  cja@laborgators.com
**ACKERMANN & TILAJEF, P.C.**
1180 South Beverly Drive, Suite 610
Los Angeles, CA  90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635

MICHAEL MALK, ESQ., APC (State Bar No. 222366)
  mm@malklawfirm.com
**MALK LAW FIRM**
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 203-0016
Facsimile:  (310) 499-5210

Attorneys for Plaintiffs and the Putative Class

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON CLAYTON, individually and on behalf of all others similarly situated,,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KNIGHT TRANSPORTATION, INC. and DOES 1 through 100, inclusive,<br><br>　　　　Defendant. | Case No. 1:11-CV-00735-LJO-DLB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT THE 6/15/2012 HEARING REGARDING MOTION FOR CLASS CERTIFICATION** |

# **ORDER**

1

PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

GOOD CAUSE APPEARING THEREFOR, Plaintiff's request for telephonic hearing scheduled for June 15, 2012 at 9:00 AM at the above-entitled Court regarding Motion for Class Certification is granted.

IT IS SO ORDERED.

Dated: **June 12, 2012**          /s/ *Dennis L. Beck*
                                   UNITED STATES MAGISTRATE JUDGE