# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON CLAYTON, et al,.<br><br>            Plaintiffs,<br><br>     vs.<br><br>KNIGHT TRANSPORTATION, Inc.,<br><br>            Defendant. | 1:11cv0735 LJO DLB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Document 41) |

On July 16, 2012, the Magistrate Judge issued Findings and Recommendations that Plaintiff's Motion for Class Certification be GRANTED. The Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. On August 15, 2012, Defendant filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Defendant's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued July 16, 2012, are ADOPTED IN FULL;

2. Plaintiff's Motion for Class Certification is GRANTED; and

3. The following classes are certified:

   (A) <u>Orientation Pay Class</u>: All current and former truck drivers employed by Knight Transportation, Inc., who were based in the State of California, and who participated and/or attended a classroom orientation in the State of California during the period from March 9, 2007, through the present (the "Class Period"),excluding those who participated in the on-line course in place of classroom training;

   (B) <u>Cal. Labor Code § 203 Class</u>: consisting of former employees of the Orientation Pay Class;

   (C) <u>Cal. Labor Code § 226 Class</u>: consisting of members of the Orientation Pay Class who attended orientation within one-year before this lawsuit was filed; and

   (D) <u>Cal. Bus. & Prof. Code §17200 Class</u>: co-extensive with the Orientation Pay Class.

IT IS SO ORDERED.

Dated:   **August 20, 2012**                     /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE