# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DON CLAYTON,                                    CASE NO. 1:11-cv-00735-LJO-DLB

               Plaintiff,          ORDER DENYING DEFENDANT'S
                                               REQUEST TO APPEAR TELEPHONICALLY
    v.                                       AT SCHEDULING CONFERENCE AS MOOT

KNIGHT TRANSPORTATION,                          (ECF No. 46)

               Defendant.
_____/

      Plaintiff Don Clayton ("Plaintiff") is appearing individually and on behalf of himself and all others similarly situated.  On October 19, 2012, Defendant Knight moved to appear telephonically at the scheduling conference set for October 23, 2012.  (ECF No. 46.)  The parties appeared telephonically at the October 23, 2012 hearing.  Accordingly, the request to appear telephonically is HEREBY DENIED as moot.


      IT IS SO ORDERED.

**Dated:**   **December 17, 2012**                   _____ **/s/ Dennis L. Beck** _____
                                               UNITED STATES MAGISTRATE JUDGE

1