1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

9

DON CLAYTON, individually and on
behalf of all others similarly situated,

Case No.:  1:11-cv-0735 LJO SAB

10

**ORDER GRANTING APPROVAL OF
CLASS NOTICE; OF SETTLEMENT
ADMINISTRATOR; AND AUTHORIZING
DISTRIBUTION OF CLASS NOTICE**

Plaintiffs,

11
12

v.

13
14

KNIGHT TRANSPORTATION, INC. and
DOES 1 through 100,

15

Defendants.

16
17
18

　　　Following this Court's ruling on class certification in the above-captioned matter,

19

dated August 20, 2012, Plaintiff   Don Clayton ("Plaintiff") and Defendant Knight

20

Transportation, Inc. ("Defendant") (collectively the "Parties") submit a joint stipulation

21

seeking approval of the Class Notice, of a Class Administrator, and of distribution of the

22

Class Notice to the certified class through the Class Administrator.

23

\\\

24

\\\

25

\\\

26

\\\

27

\\\

28

\\\

In light of the Parties stipulation, and good cause appearing therefor, this Court accepts the Parties' stipulation. Accordingly, the Parties' proposed Class Notice and the proposed Notice Administrator, CPT Group, are hereby APPROVED. The Court further AUTHORIZES the dissemination of the proposed Class Notice by US Mail to the members of the certified class.

IT IS SO ORDERED.

Dated:   **March 25, 2013**            **/s/ Lawrence J. O'Neill**
                                   UNITED STATES DISTRICT JUDGE