# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON CLAYTON,<br><br>        Plaintiff,<br><br>    v.<br><br>KNIGHT TRANSPORTATION,<br><br>        Defendant.<br>_____ / | CASE NO. 1:11-cv-00735-SAB<br><br>ORDER REGARDING NOTICE OF SETTLEMENT AND JOINT STIPULATION TO VACATE THE TRIAL DATE AND ALL RELATED DATES ON CALENDAR PENDING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>(ECF No. 66) |

The Court has received and reviewed the Notice of Settlement and Joint Stipulation To Vacate The Trial Date And All Related Dates Pending Preliminary Approval of Class Settlement ("Stipulation"). Pursuant to the Stipulation and GOOD CAUSE APPEARING THERETO,

IT IS HEREBY ORDERED that:

1. The trial date and all related dates currently on calendar are vacated pending the preliminary approval of class action settlement; and

2. If for some unforeseen reason the settlement is not approved, the Parties will meet and confer and set forth specific dates for a new trial date and related dates; and Plaintiff shall file his Motion for Preliminary Approval of Class Action Settlement by September 6, 2013.

IT IS SO ORDERED.

Dated: **August 20, 2013**

UNITED STATES MAGISTRATE JUDGE

1