1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  DON CLAYTON, individually and on behalf of all others similarly situated,, | Case No. 1:11-CV-00735-SAB |
| 14             Plaintiff, | **ORDER ON JOINT STIPULATION TO EXTEND DATE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND SET PRELIMINARY APPROVAL HEARING DATE** |
| 15       v. | |
| 16  KNIGHT TRANSPORTATION, INC. and DOES 1 through 100, inclusive, | |
| 17 | Magistrate Judge: Stanley Boone |
| 18             Defendant. | Courtroom # 9 |

19
20
21
22
23
24
25
26
27
28

**ORDER**

The Court has received and reviewed the Parties' Joint Stipulation To Extend Date to File Motion for Preliminary Approval of Class Settlement and Set Preliminary Approval Hearing Date ("Stipulation").  Pursuant to the Stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Parties deadline to file the Motion for Preliminary Approval of Class Action Settlement is extended to September 27, 2013;

2. The Motion for Preliminary Approval hearing is set for October 30, 2013, at 9:30 a.m..

IT IS SO ORDERED.

Dated:   **August 30, 2013**

UNITED STATES MAGISTRATE JUDGE

-1-