# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON CLAYTON,<br><br>         Plaintiff,<br><br>    v.<br><br>KNIGHT TRANSPORTATION,<br><br>         Defendant. | Case No. 1:11-cv-00735-SAB<br><br>ORDER REQUIRING COUNSEL TO COMPLY WITH LOCAL RULE 133(f)<br><br>(ECF Nos. 75-78) |

On January 6, 2014, Plaintiffs filed a motion for approval of class action attorney fees. Pursuant to the Local Rules of the Eastern District of California, "a person who electronically files any document (excluding attachments or exhibits) in excess of twenty five pages" or "attachments or exhibits that total in excess of 50 pages must also provide a paper courtesy copy" to chambers no later than the next business day. L.R. 133(f). Accordingly, within forty-eight hours counsel shall comply with the Local Rules and provide a courtesy copy of the motion for approval of class counsel fees and the attachements to chambers.

IT IS SO ORDERED.

Dated:  **March 4, 2014**

UNITED STATES MAGISTRATE JUDGE

1